808

No. 78–5091.  KELLEY v. JOHNSON ET UX.  Appeal from Sup. Ct. Vt. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5092.  ALEXANDER v. DELAWARE STATE BAR ASSN. Appeal from Sup. Ct. Del. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5117.  HEMMERLE ET AL. v. McDOWELL.  Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5131.  IN RE MORRIS.  Appeal from Sup. Ct. S. C. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–1621.  LIGGETT v. KANSAS EX REL. SCHNEIDER, ATTORNEY GENERAL OF KANSAS, ET AL.  Appeal from Sup. Ct. Kan.  Motion of American Physicians & Surgeons, Inc., for leave to file a brief as amicus curiae granted.  Appeal dismissed for want of substantial federal question.

No. 77–1670.  SUFFOLK OUTDOOR ADVERTISING CO., INC. v. HULSE ET AL.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.  MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.